# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PHERAH LLC,**<br><br>    Plaintiff,<br><br>    **v.**<br><br>**POINT OF SALE INC. DBA ERPLY,**<br><br>    Defendant. | C.A. NO. 1:17-cv-1680-RGA<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Defendant's time to respond to Plaintiff's Complaint (D.I. 1). Subject to the Court's approval, Plaintiff requests that Defendant's time to file its response to the Complaint be extended up to and including January 12, 2018. The reason for this requested extension is to allow counsel for Defendant additional time to investigate the allegations set forth in Plaintiff's Complaint, consult with their clients, and consider an appropriate response. No party will be prejudiced by this brief extension.

Dated:  November 30, 2017

STAMOULIS & WEINBLATT LLC

 */s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
        stamoulis@swdelaw.com
Richard C. Weinblatt #5080
        weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540

        Papool S. Chaudhari
        (*Pro Hac Vice* pending)
        Chaudhari Law, PLLC
        P.O. Box 1863
        Wylie, Texas 75098
        Phone: (214) 702-1150
        Fax: (214) 705-3775
        Papool@ChaudhariLaw.com

        **ATTORNEYS FOR PLAINTIFF**
        **PHERAH LLC**

**SO ORDERED**, this _____ day of _____, 2017.

        _____
        District Judge - United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2017, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                              */s/ Stamatios Stamoulis*
                                              Stamatios Stamoulis #4606